People v Daniel (2020 NY Slip Op 51354(U))

[*1]

People v Daniel (Jenson)

2020 NY Slip Op 51354(U) [69 Misc 3d 141(A)]

Decided on November 13, 2020

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 13, 2020
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Cooper, J.P., Higgitt, McShan, JJ.

16-548

The People of the State of New 
 York, Respondent, 
against
Jenson Daniel, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Lyle E. Frank, J.), rendered June 20, 2016, convicting him, upon his plea of guilty,
of disorderly conduct, and imposing sentence.

Per Curiam.
Judgment of conviction (Lyle E. Frank, J.), rendered June 20, 2016, reversed, on the law, and
the accusatory instrument dismissed.
Reversal of the judgment convicting defendant of disorderly conduct (see Penal Law
§ 240.20[6]) is mandated since, as the People concede, the allegations in the accusatory
instrument were jurisdictionally insufficient to meet the "congregates with other persons in a
public place" element of the offense. The People also agree that dismissal, rather than remand for
further proceedings on the remaining charges, is the appropriate remedy in this case.
In view of the foregoing, we reach no other issue.
THIS CONSTITUTES THE DECISION AND ORDER OF THE
COURT.
I concur I concurI concur
Decision Date: November 13, 2020